ACCEPTED
01-14-00822-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 10:25:40 PM
CHRISTOPHER PRINE
CLERK

**Appellate Docket Number: 01-14-00822**

**Appellate Case Style: Weylin  Alford**

**Vs. The State of Texas**

**Amended/corrected statement:** ☐

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/2/2015 10:25:40 PM

CHRISTOPHER A. PRINE
Clerk

## DOCKETING STATEMENT (Criminal)
Appellate Court: First

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| 1.  Appellant | II. Appellant's Attorney(s) |
|---|---|
| First Name:        Weylin<br><br>Middle  Name:<br><br>Last Name:        Alford<br><br>Suffix:<br><br>Appellant Incarcerated?        X  Yes ☐     No<br><br><br>Amount of Bond:  0<br><br>Pro Se: | ☐  Lead Attorney<br><br>First Name: Glenn J. Youngblood |
| Trial Attorney:<br><br>               Pro Se<br><br><br>Appointed:        Retained: | Appellate Attorney:<br><br><br>Glenn J. Youngblood<br><br>Appointed: ✓        Retained:<br><br>If appointed, was a hearing on indigency held?<br>Yes  ☐        No  ✓ |
| Address:<br>Harris County Jail<br>701 San Jacinto Street<br> JA07/N1 03A | Address:<br><br>5555 West Loop South, Ste. 395<br>Bellaire, Texas 77401 |
| Telephone:<br>(include area code) | Telephone: (713) 432-1013<br>(include area code) |
| Telecopy:<br>(include area code) | Telecopy: (713) 432-1013<br>(include area code: |
| SBN: | SBN: 22217400 |

HOU05:76691.1

**II. Perfection of Appeal, Judgment and Sentencing (Tex.R.App.P., Rule 32.2(b), (d), (f), (g), (h), (I), (j), (k))):**

| | |
|---|---|
| Date trial court imposed or suspended sentence in open court or date court entered appealable order;<br><br>10/02/2014<br><br>(Attach a signed copy, if possible | Date notice of appeal filed in trial court:<br><br>10/6/2014<br><br>(Attach file-stamped copy; if mailed to the trial court clerk, also give date of mailing) |
| Offense charged:<br>Burglary of a Habitation with Intent to Commit Assault<br><br><br>Date of offense:<br><br>10/12/2013<br><br><br>Defendant's plea:<br>Not Guilty TO PRIMARY CHARGE;<br>TRUE TO ENHANCEMENT PARAGRAPHS;<br><br><br>If guilty, does Defendant have trial court's permission to appeal?<br><br>✔ Yes    No<br><br>Was the trial jury or non-jury?<br><br>✔Jury    Non-jury ☐<br><br>Guilt or innocence phase:<br><br>✔Jury    Non-jury ☐<br><br>Punishment phase:<br><br>✔Jury    Non-jury ☐ | Punishment assessed:<br><br>30 years<br><br><br>Is the appeal from a pre-trial order?<br><br>Yes    No ✔<br><br>If yes, please specify.<br><br><br><br>Does the appeal involve the validity of a statute, rule or ordinance?<br><br>Yes ☐    No ✔<br><br>If yes, please specify.<br><br><br>Will you challenge this Court's jurisdiction? If Yes, explain.<br><br>NO. |

**III. Actions Extending Time To Perfect Appeal (Tex.R.App.P., Rule 32.2(e)):**

| Action | Filed Check as appropriate | | Date Filed |
|---|---|---|---|
| Motion for New Trial | No ✔ | Yes | |
| Motion in Arrest of Judgment | No ✔ | Yes ☐ | |
| Other (specify | No ✔ | Yes ☐ | |

| IV. Indigency Of Party (Tex.R.App.P., Rule 32.2(n):(Attach file stamped copy of motion and affidavit) | | | | |
|---|---|---|---|---|
| **Event** | **Filed**<br>**Check as appropriate** | | **Date** | **N/A** |
| Motion and affidavit filed | No ✓ | Yes | | |
| Date of Hearing: | | | | |
| Date of order: | | | | |
| Ruling on motion<br>Granted　　　Denied ☐ | | | | |

**V.　　Trial Court and Record (Tex.R.App.P., Rule 32.2(c), (l), (m)):**

| Court:<br><br>District | County<br><br>Harris | Trial Court Docket Number<br>(Cause No.):<br>1404673 |
|---|---|---|

| Trial Judge (who tried or disposed of case);<br><br>The Hon. Ryan Kelley Goeb Patrick<br><br>Telephone Number: (713) 755-6336<br>(include area code)<br><br>Telecopy Number:<br>(include area code)<br><br><br>Address:<br><br>1201 Franklin<br>Houston, Texas 77002-1923 | Court Clerk (District Clerk):<br>Chris Daniel, District Clerk<br>Harris County, Texas<br><br>Telephone Number:<br>(include area code<br><br>Telecopy Number:<br>(include area code)<br><br><br>Address:<br><br>1201 Franklin<br>Houston, Texas 77002-4651 |
|---|---|

| Clerk's record requested?<br><br>✓Yes　　No | Will request　　☐<br><br>(Note: No request required under Tex.R.App.P., Rule 34.5(a), (b)) | Was requested on:<br><br>10/02/2014 |
|---|---|---|

| Court Reporter or Court Recorder:<br><br>Linda Hacker<br>Official Court Reporter<br><br><br><br>Telephone Number: (713) 755-6362<br>(include area code)<br><br><br>Telecopy Number:<br>(include area code) | Court Reporter or Court Recorder:<br><br>Court Reporter<br><br><br><br>Telephone Number: Unk<br>(include area code)<br><br><br>Telecopy Number:<br>(include area code) |
|---|---|

HOU05:76691.1

| | |
|---|---|
| Address:<br>177th District Court 1201 Franklin 19th Floor Houston, Tx 77002-1923<br><br>(Attach additional sheet if necessary for additional court reporters/recorders) | Address:<br><br><br><br>(Attach additional sheet if necessary for additional court reporters/recorders) |

| | | | |
|---|---|---|---|
| Legnth of trial (approximate): 4 days | | State arrangements made for payment of court reporter/recorder: Pauper's Oath | |
| Reporter's or Recorder's Record (check if electronic recording ✓☐ | None ☐ | Will request ☐ | Was requested on: 10/02/2014 |

**VI.** **Related Matters:** List any pending or past related appeals before this or any other Texas appellate court by court , Docket number, and style.

    None

---

**VIII.** **Signature:**

Date: February 2, 2015


_____

Signature of counsel
(or pro se party)　　　　　　　　　　　　　　State Bar No.: 22217400

Printed Name: Glenn J. Youngblood

---

**VII.** **Certificate of Service:** The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on February 2, 2015.


    Harris County District Attorney's Office
    Appellate Division
    201 Fannin
    Houston, Texas 77002
    (713) 755-5809 FAX


            _____
            Glenn J. Youngblood

(Tex.R.App.P., Rule 9.5(e) requirements stated below use additional sheets, if necessary)

---

**Note: Certificate of service Requirements (Tex.R.App.P., Rule 9.5(e));** A certificate of service must be signed by the Person who made the service and must state:
  (1)    the date and manner of service;
  (2)    the name and address of each person served; and
         if the person served is a party's attorney, the name of the party represented by that attorney.

HOU05:76691.1